## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JIMMY BRIAN SCHOBERT,**

 Plaintiff,

vs.          Case No. 4:16cv564-RH/CAS

**DR. A. VARONA,**
**NURSE DALLAS,**
**SERGEANT ATKINS,**
**and OFFICER S. JONES,**

 Defendants.

_____/

### REPORT AND RECOMMENDATION

  Plaintiff, an inmate proceeding pro se and in forma pauperis, filed a second amended complaint, ECF No. 9, on October 28, 2016. An Order was entered on November 3, 2016, requiring Plaintiff to submit service copies of his second amended complaint. ECF No. 10. Plaintiff's deadline to submit four copies of his second amended complaint was December 5, 2016. *Id.* Plaintiff was advised that if he failed to submit the service copies, a recommendation would be made to dismiss this case. *Id.* Despite that warning, no service copies have been submitted. Accordingly, this case should now be dismissed for failure to comply with a Court Order and failure

to prosecute pursuant to Rule 41.  It is apparent that Plaintiff has abandoned this litigation.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on December 23, 2016.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**